UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH A. PACELLA, | Case No. 23-11517 |
| Plaintiff, | Hon. Jonathan J.C. Grey |
| v. | Mag. Judge Kimberly G. Altman |
| BIOSENSE WEBSTER, INC. a California corporation, | |
| Defendant. | |

| | |
|---|---|
| Carol A. Laughbaum (P41711) <br> STERLING ATTORNEYS AT LAW, P.C. <br> 33 Bloomfield Hills Pkwy., Suite 250 <br> Bloomfield Hills, Michigan 48304 <br> (248) 644-1500 <br> claughbaum@sterlingattorneys.com <br> *Attorneys for Plaintiff* | Gary C. Ankers (P41599) <br> Jessica G. Kingston (P74417) <br> LITTLER MENDELSON, P.C. <br> 500 Woodward Avenue, Suite 2600 <br> Detroit, Michigan 48226 <br> (313) 446-6400 <br> gankers@littler.com <br> jgkingston@littler.com <br> *Attorneys for Defendant* |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter has come before the Court on the parties' stipulation to dismiss this case with prejudice. The Court is fully advised in the premises. **IT IS HEREBY ORDERED** that this matter is dismissed with prejudice and without fees or costs as to any party.

This is a final order and closes the case.

**SO ORDERED.**

Dated: February 5, 2025

**s/ Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

SO STIPULATED:

| | |
|---|---|
| */s/Carol A. Laughbaum (w/consent)* | */s/Gary C. Ankers* |
| Carol A. Laughbaum (P41711) | Gary C. Ankers (P41599) |
| STERLING ATTORNEYS | gankers@littler.com |
| AT LAW, P.C. | Jessica G. Kingston (P74417) |
| 33 Bloomfield Hills Pkwy., Suite 250 | jgkingston@littler.com |
| Bloomfield Hills, Michigan 48304 | LITTLER MENDELSON, P.C. |
| (248) 644-1500 | 500 Woodward Avenue, Suite 2600 |
| claughbaum@sterlingattorneys.com | Detroit, Michigan 48226 |
| | Telephone: 313.446.6400 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on February 5, 2025, via:

|   |   |   |   |
|---|---|---|---|
| ____ | U. S. Mail | ____ | Facsimile |
| X | ECF Filing | ____ | Hand Delivery |
| ____ | E-Mail | ____ | Federal Express |

*/s/ Gary C. Ankers*
Gary C. Ankers

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 5, 2025.

                    **s/ S. Osorio**
                    Sandra Osorio
                    Case Manager